

1
2
3
4
5

**Entered on Docket
August 16, 2007**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

6  JANET L. CHUBB, ESQ.
Nevada Bar #176
7  LOUIS M. BUBALA III, ESQ.
Nevada Bar # 8974
8  JONES VARGAS
100 W. Liberty St, 12th Floor
9  P.O. Box 281
Reno, NV 89504-0281
10  Telephone:  (775) 786-5000
Fax:  775-786-1177
11  Email:  jlc@jonesvargas.com
        and tbw@jonesvargas.com
12         lbubala@jonesvargas.com

13  Attorneys for
KOHL'S DEPARTMENT STORES, INC.
14

15

16  **UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

17

18  In re                                      Case Nos. 06-50140 through 06-50146

19  PTI HOLDING CORP., et al.,                 Administratively consolidated under:
                                               Case No. BK-N-06-50140-GWZ
20  Debtors.                                    Chapter 11

21  LONDON FOG GROUP, INC. and PACIFIC          Adversary No. BK-N-07-05066-GWZ
    TRAIL, INC.,
23                      Plaintiffs,             **ORDER RE: KOHL'S
                                               DEPARTMENT STORES, INC.'S
24  vs.                                         MOTION TO DISMISS**

25  KOHL'S DEPARTMENT STORES, INC.,            Hearing Dates: August 9, 2007. 1:00 p.m.
                                                              July 26, 2007, 10:00 a.m.
26                      Defendant.

27

28

-1-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1    Hearings were held on July 26, 2007 at 10:00 a.m. and August 9, 2007, at 1:00 p.m.,

2  regarding the Motion to Dismiss filed by Defendant Kohl's Department Stores, Inc., at which Alan

3  D. Smith, Esq., Brian A. Jennings, Esq., Stephen R. Harris, Esq. (July 26 only), and Marvin

4  Toland appeared on behalf of the Plaintiffs; and Louis M. Bubala III, Esq. and Janet L. Chubb,

5  Esq. (July 26 only) appeared on behalf of the Defendant.   After considering the arguments of

6  counsel for both the Plaintiffs and the Defendant, the Court made findings of fact and conclusions

7  of law on the record at both hearings and further finds that:

8    1.    This is a pre-petition dispute not subject to mandatory venue, 28 U.S.C. §1409(d);

9    2.    This proceeding does not constitute a core proceeding for turnover,  28 U.S.C. §

10  157(2)(b)(E); and

11    3.    It is not unreasonable to enforce the venue-selection clause in the parties' contract,

12  *Bremen v. Zapata Off-Shore Co.*, 407 U.S. 1, 10 (1972).

13    Therefore,

14    IT IS HEREBY ORDERED that:

15    1.    The Motion to Dismiss for improper venue pursuant to 28 U.S.C. §1409(d) is

16  DENIED.

17    2.    The Motion to Dismiss for improper venue pursuant to Federal Rule of Bankruptcy

18  Procedure 7012, incorporating Federal Rule of Civil Procedure 12(b)(3), (6), is DENIED.

19  ///

20  ///

21  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax : (775) 786-1177

1       3.      This non-core proceeding is TRANSFERRED to the United States District Court

2 for the Eastern District of Wisconsin, pursuant to the parties' contractual venue-selection clause

3 and 28 U.S.C. §1412.

4       4.      The Court's findings of fact and conclusions of law stated on the record at both

5 hearings are incorporated herein pursuant to Federal Rules of Civil Procedure Rule 52 as made

6 applicable by Federal Rules of Bankruptcy Procedure Rule 7052.

7 Prepared and Submitted by:                    APPROVED/DISAPPROVED:

8 Dated this 13th day of August, 2007.        Dated this 13th day of August, 2007.

9 JONES VARGAS                            PERKINS COIE LLP

10

11 By:   /s/ Louis M. Bubala III            By:    /s/ Brian A. Jennings
       LOUIS M. BUBALA III                  BRIAN A. JENNINGS

12

13 Attorneys for Defendant KOHL'S        Attorneys for Plaintiff LONDON FOG
DEPARTMENT STORES, INC.             GROUP, INC. and PACIFIC TRAIL, INC.

14                                #   #   #

15

16

17

18

19

20

21

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177